# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

   April D. Chapman
    aka April Morrison, aka April D Tillman

Case No.: 1−18−12113−MJK
Chapter: 13

SSN: xxx−xx−5001

Debtor(s)

## CASE OPENING DEFICIENCY

**To the Debtor(s) and Debtor(s)' Attorney:**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Missing Schedules/Statements: Schedules A−J, Form 106Sum Summary of Assets & Liabilities, Form 106Dec Declaration About Debtors Schedules, Form 107 Statement of Financial Affairs, Form 2030 Disclosure of Compensation of Attorney for Debtor, Form 113 Ch 13 Plan, Form 122C−1 Ch 13 Statement of Current Monthly Income
- Mailing Matrix appears to contain incomplete addresses.

**<u>To e−file:</u>**

− Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
  [combine schedules into 1 pdf & attach first; the required cover sheet must be attached second]
− Bankruptcy > Other > Notice of Change of Address
− Bankruptcy > Other > Ch 13 (Form 122C−1) Statement of Monthly Income
− Bankruptcy > Plan > Chapter 13 Plan

**The Clerk's office is available for additional questions and training at (716) 362−3200.**

Date: October 15, 2018      Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                         By: K. Saetta, Deputy Clerk

Form defyBK2/Doc 7
www.nywb.uscourts.gov