# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: saetta | Date Created: 10/15/2018 |
| Case: 1−18−12113−MJK | Form ID: defyBK2 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Peter D. Grubea      grubealaw@hotmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      April D. Chapman      64 Richlawn Avenue      Buffalo, NY 14215−2136

TOTAL: 1